JOSETTE D. JOHNSON, SBN 195977
**Fidelity National Law Group**
**The Law Division of Fidelity National Financial**
2999 Oak Road, Suite 550
Walnut Creek, CA 94597-2066
Tel.:   (925) 280-3368
Fax:   (925) 930-9588
Email: josette.johnson@fnf.com

Attorney for Defendants
DANE COUNTY TITLE COMPANY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEE DRONE,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>PETER D. BEAR; ET AL,<br><br>　　　　Defendants. | Case No.: 25-CV-09583-SVK<br><br>**DECLARATION OF TAMMY JANSON IN SUPPORT OF DANE COUNTY TITLE COMPANY LLC'S MOTION TO DISMISS**<br><br>Date: April 23, 2026<br>Time  9:00 a.m.<br>Dept: Courtroom 1, San Jose<br><br>Complaint Filed:    November 7, 2025 |

　　　　I, Tammy Janson, declare:

　　　1.　　I am the President of Dane County Title Company, LLC, and make this declaration in support of Dane County Title Company's motion to dismiss Plaintiff's complaint.  I have been employed by Dane County Title Company since 1982, and have been its President since 2014.  The facts in this declaration are based upon on my personal knowledge, except as to those thing stated to be upon information and belief, and as to those things I believe them to be true.   If called as a witness, I could testify competently to these facts.

　　　2.　　 Dane County Title Company is an LLC domiciled in the State of Wisconsin, and its primary place of business is in the State of Wisconsin.

1
DECLARATION OF TAMMY JANSON IN SUPPORT OF DANE COUNTY TITLE COMPANY LLC'S MOTION TO DISMISS

3. Dane County Title Company's primary business is providing title, closing and escrow services for real estate transactions for real property located in the State of Wisconsin. Dane County Title Company does not provide these services for real property located in the State of California.

4. Dane County Title Company does not have offices in California. Dane County Title Company does not solicit business or advertise in California. Dane County Tittle Company is not licensed to do business in California.

5. Dane County Title Company was the escrow company for a real estate transaction in October and November 2021, in which Plaintiff Lee Drone and defendant Ian Goodman applied for a loan to purchase real property located in Wisconsin. On the Uniform Residential Loan Application signed and submitted by Plaintiff Drone, Drone listed his current address as being in Sauk City, Wisconsin for 1 year and 1 month. Attached hereto as Exhibit A is a true and correct copy of the relevant pages of said application from which Plaintiff's social security number has been redacted.

6. When the transaction closed, Plaintiff came to the Dane County Title Company office in Wisconsin to sign the closing papers. At the closing, Plaintiff presented a Wisconsin issued driver's license that listed his address as located in Madison, Wisconsin. Attached hereto as Exhibit B is a true and correct copy of Plaintiff's driver's license, redacted.

7. Based upon my review of the file, I am informed and believe that Dane County Title Company did not knowingly or intentionally conduct any business related to this transaction in California.

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on December 15, 2025, in Madison, Wisconsin

By: 
Tammy Janson
President, Dane County Title Company

# EXHIBIT A

*To be completed by the Lender:*
Lender Loan No./Universal Loan Identifier 2108083026/254900CN1DD55MJDFH69210808302638  Agency Case No. _____

# Uniform Residential Loan Application

Verify and complete the information on this application. If you are applying for this loan with others, each additional Borrower must provide information as directed by your Lender.

## Section 1: Borrower Information. This section asks about your personal information and your income from employment and other sources, such as retirement, that you want considered to qualify for this loan.

### 1a. Personal Information

**Name** *(First, Middle, Last, Suffix)*
Lee Drone

**Alternate Names** – List any names by which you are known or any names under which credit was previously received (First, Middle, Last, Suffix)

**Social Security Number** ■■■-0802
*(or Individual Taxpayer Identification Number)*

**Date of Birth** *(mm/dd/yyyy)*
■■/■■/1979

**Citizenship**
☉ U.S. Citizen
○ Permanent Resident Alien
○ Non-Permanent Resident Alien

**Type of Credit**
○ I am applying for **individual credit**.
☉ I am applying for **joint credit**. Total Number of Borrowers: 2
  Each Borrower intends to apply for joint credit. **Your initials:** _LD_

**List Name(s) of Other Borrower(s) Applying for this Loan**
*(First, Middle, Last, Suffix) - Use a separator between names*
Ian Edward Goodman

**Marital Status**
○ Married
○ Separated
☉ Unmarried
*(Single, Divorced, Widowed, Civil Union, Domestic Partnership, Registered Reciprocal Beneficiary Relationship)*

**Dependents** *(not listed by another Borrower)*
Number 0
Ages _____

**Contact Information**
**Home** Phone 608-515-8425
**Cell** Phone _____
**Work** Phone _____ Ext. _____
**Email** lee.drone@gmail.com

**Current Address**
Street 7220 Inama Rd _____ Unit # _____
City Sauk City _____ State WI ____ ZIP 53583 ____ Country US
How Long at Current Address? 1 Years 1 Months  **Housing** ☉ No primary housing expense  ○ Own  ○ Rent ($ ____ /month)

**If at Current Address for LESS than 2 years, list Former Address**  ☐ *Does not apply*
Street 5501 DeMarcus Blvd _____ Unit # _____
City Dublin _____ State CA ____ ZIP 94568 ____ Country US
How Long at Former Address? 0 Years 5 Months  **Housing** ☉ No primary housing expense  ○ Own  ○ Rent ($ ____ /month)

Street 3385 Dublin Blvd _____ Unit # _____
City Dublin _____ State CA ____ ZIP 94568 ____ Country US
How Long at Former Address? 0 Years 6 Months  **Housing** ☉ No primary housing expense  ○ Own  ○ Rent ($ ____ /month)

**Mailing Address** – if different from Current Address  ☒ *Does not apply*
Street _____ Unit # _____
City _____ State ____ ZIP ____ Country _____

### 1b. Current Employment/Self Employment and Income  ☐ *Does not apply*

**Employer or Business Name** Workday, Inc. _____ Phone 877-967-5329
Street 6110 Stoneridge Mall Rd _____ Unit # _____
City Pleasanton _____ State CA ZIP 94588 Country US

**Position or Title** DevOps Engineer
**Start Date** 09 / 08 / 2020 (mm/dd/yyyy)
How long in this line of work? 24 Years 0 Months

**Check if this statement applies:**
☐ I am employed by a family member, property seller, real estate agent, or other party to the transaction.

**Monthly Income (or Loss)**
_____

**Gross Monthly Income**
Base         $10,833.00 /month
Overtime     _____ /month
Bonus        _____ /month
Commission   _____ /month
Military
Entitlements $0.00 /month
Other        _____ /month
**TOTAL**    $10,833.00 /month

☐ **Check if you are the Business Owner or Self-Employed**
○ I have an ownership share of less than 25%.
○ I have an ownership share of 25% or more.

---

Uniform Residential Loan Application
Freddie Mac Form 65 · Fannie Mae Form 1003
*Effective 1/2021*

7 of 14



GURLA20_S 0718
GURLA20S  (CLS)
10/26/2021 01:25 PM PST

# Section 6: Acknowledgements and Agreements.
This section tells you about your legal obligations when you sign this application.

## Acknowledgments and Agreements

**Definitions:**
- "Lender" includes the Lender's agents, service providers, and any of their successors and assigns.
- "Other Loan Participants" includes (i) any actual or potential owners of a loan resulting from this application (the "Loan"), (ii) acquirers of any beneficial or other interest in the Loan, (iii) any mortgage insurer, (iv) any guarantor, (v) any servicer of the Loan, and (vi) any of these parties' service providers, successors or assigns.

**I agree to, acknowledge, and represent the following:**

**(1) The Complete Information for this Application**
- The information I have provided in this application is true, accurate, and complete as of the date I signed this application.
- If the information I submitted changes or I have new information before closing of the Loan, I must change and supplement this application, including providing any updated/supplemented real estate sales contract.
- For purchase transactions: The terms and conditions of any real estate sales contract signed by me in connection with this application are true, accurate, and complete to the best of my knowledge and belief. I have not entered into any other agreement, written or oral, in connection with this real estate transaction.
- The Lender and Other Loan Participants may rely on the information contained in the application before and after closing of the Loan.
- Any intentional or negligent misrepresentation of information may result in the imposition of:
  - (a) civil liability on me, including monetary damages, if a person suffers any loss because the person relied on any misrepresentation that I have made on this application, and/or
  - (b) criminal penalties on me including, but not limited to, fine or imprisonment or both under the provisions of Federal law (18 U.S.C. §§ 1001 *et seq.*).

**(2) The Property's Security**
The Loan I have applied for in this application will be secured by a mortgage or deed of trust which provides the Lender a security interest in the property described in this application.

**(3) The Property's Appraisal, Value, and Condition**
- Any appraisal or value of the property obtained by the Lender is for use by the Lender and Other Loan Participants.
- The Lender and Other Loan Participants have not made any representation or warranty, express or implied, to me about the property, its condition, or its value.

**(4) Electronic Records and Signatures**
- The Lender and Other Loan Participants may keep any paper record and/or electronic record of this application, whether or not the Loan is approved.
- If this application is created as (or converted into) an "electronic application", I consent to the use of "electronic records" and "electronic signatures" as the terms are defined in and governed by applicable Federal and/or state electronic transactions laws.
- I intend to sign and have signed this application either using my:
  - (a) electronic signature; or
  - (b) a written signature and agree that if a paper version of this application is converted into an electronic application, the application will be an electronic record, and the representation of my written signature on this application will be my binding electronic signature.
- I agree that the application, if delivered or transmitted to the Lender or Other Loan Participants as an electronic record with my electronic signature, will be as effective and enforceable as a paper application signed by me in writing.

**(5) Delinquency**
- The Lender and Other Loan Participants may report information about my account to credit bureaus. Late payments, missed payments, or other defaults on my account may be reflected in my credit report and will likely affect my credit score.
- If I have trouble making my payments I understand that I may contact a HUD-approved housing counseling organization for advice about actions I can take to meet my mortgage obligations.

**(6) Authorization for Use and Sharing of Information**
By signing below, in addition to the representations and agreements made above, I expressly authorize the Lender and Other Loan Participants to obtain, use, and share with each other (i) the loan application and related loan information and documentation, (ii) a consumer credit report on me, and (iii) my tax return information, as necessary to perform the actions listed below, for so long as they have an interest in my loan or its servicing:
  - (a) process and underwrite my loan;
  - (b) verify any data contained in my consumer credit report, my loan application and other information supporting my loan application;
  - (c) inform credit and investment decisions by the Lender and Other Loan Participants;
  - (d) perform audit, quality control, and legal compliance analysis and reviews;
  - (e) perform analysis and modeling for risk assessments;
  - (f) monitor the account for this loan for potential delinquencies and determine any assistance that may be available to me; and
  - (g) other actions permissible under applicable law.

**Additional Borrower Signature** _/s/ Lee Drone_ **Date** *(mm/dd/yyyy)* 11-1-2021

Lee Drone

---

**Borrower Name:** Lee Drone
Uniform Residential Loan Application
Freddie Mac Form 65 • Fannie Mae Form 1003
*Effective 1/2021*

11 of 14

GURLA20_S 0718
GURLA20S (CLS)
10/26/2021 01:25 PM PST

# EXHIBIT B



**CERTIFICATE OF SERVICE OF DOCUMENT OTHER THAN COMPLAINT**

Unless all parties to the case, including you, are electronic filers, you must serve each document you file by sending or delivering it to the opposing side. Complete this form and include it with the document that you file and serve.

1. **Case Name:** Drone    v.    Bear, et al.

2. **Case Number:** 5:25-CV-09583-BLF

3. **What documents were served?** Write the full name or title of the document(s)
   DECLARATION OF TAMMY JANSON IN SUPPORT OF DANE COUNTY TITLE COMPANY LLC'S MOTION TO DISMISS

4. **How was the document served?** Check one:

   ☐ Placed in U.S. Mail

   ☐ Hand-delivered

   ☐ Sent for delivery (e.g., FedEx, UPS)

   ☒ Sent via email [if the other party has agreed to accept service by email]

5. **Who did you send the document to?** [Write the full name and contact information for each person you sent the document.]

   | | |
   |---|---|
   | Plaintiff, Lee Done | lee.drone@gmail.com |
   | Counsel for Defs., Peter D. Bear, Ian E. Goodman, and Allen S. Porter, A. Steven Porter, Esq. | asp5949@gmail.com |

6. **When were the documents sent?** December 15, 2025

7. **Who served the documents?** [Whoever puts it into the mail, emails, delivers, or sends for delivery should sign, and print their name and address. You can do this yourself.]

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Signature: *(signed)*

Name: Shoshana E. Diggs

Address: 2999 Oak Road, Suite 550, Walnut Creek, CA 94597